149 F.3d 1164
 Carol A. Lindsey, James A. Lindsey
v.
Warren County Children & Youth Services, Linda J.
Bartholomew, as Director of Forest/Warren Department of
Human Services, John Bowler, as Associate Director For
Warren County Children & Youth Services, Constance L.
Zaffino, as Caseworker For Warren County Children & Youth
Services, Joseph Yuran, as Pennsylvania State Trooper,
Richard P. Campbell, as a Warren County Commissioner, John
L. Donaldson, Susan N. McConnell,
 NO. 96-3734
 United States Court of Appeals,
Third Circuit.
 March 2, 1998
 Appeal From: W.D.Pa. ,No.93cv00267E
 
 1
 Affirmed.